UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| *In re Subpoena to* | ) | |
| | ) | |
| HI-TECH ASPHALT SOLUTIONS, INC. | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | C. A. No. |
| | ) | |
| A.L.M. HOLDING COMPANY and | ) | |
| ERGON ASPHALT & EMULSIONS, INC. | ) | |
| | ) | |
| Movants. | ) | |

| | | |
|---|---|---|
| A.L.M. HOLDING COMPANY and | ) | |
| ERGON ASPHALT & EMULSIONS, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 1:25-cv-00155-JFM |
| | ) | (D. Del.) |
| ZYDEX INDUSTRIES PRIVATE | ) | |
| LIMITED and ZYDEX INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO COMPEL**
**<u>DOCUMENTS IN RESPONSE TO FOREIGN SUBPOENA</u>**

Pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i), A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc. (collectively, "Movants") bring this miscellaneous action to move the Court for an order compelling the production of documents from Respondent Hi-Tech Asphalt Solutions, Inc. ("HTAS").

1

Movants served HTAS with a subpoena for documents in the above-captioned Delaware case on July 9, 2025. HTAS responded on July 23, 2025 and refused to produce documents. Counsel for the parties met and conferred on August 1, 2025, but were unable to resolve this issue.

HTAS maintains its headquarters at 6055 Mechanicsville Turnpike, Mechanicsville, VA 23111, and so resides within the jurisdiction of this Court to enforce the subpoena.

Movants respectfully request an order requiring HTAS to produce responsive documents, as set forth in the accompanying Memorandum of Law.

Dated: August 5, 2025

Respectfully submitted,

/s/ Michael J. Schrier
Michael J. Schrier, Esq.
VA Bar No. 65916
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
T: (202) 378-2313
F: (202) 378-2319
michael.schrier@huschblackwell.com

Stephen Ball, Esq. *
HUSCH BLACKWELL LLP
One Congress Street, Suite 3102
Boston, MA 02114
T: (617) 598-6700
F: (617) 598-6790
stephen.ball@huschblackwell.com

Jeffer Ali, Esq. *
HUSCH BLACKWELL LLP
80 S. Eighth Street, Suite 4800
Minneapolis, MN 55402
T: (612) 852-3610
F: (612) 852-2701
jeffer.ali@huschblackwell.com

Stephen R. Howe, Esq. *
HUSCH BLACKWELL LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
T: (414) 273-2100
F: (414) 223-5000
steve.howe@huschblackwell.com

* *Pro Hac Vice Application forthcoming*

**Attorneys for Plaintiffs A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.**

## **CERTIFICATE OF MEET AND CONFER**

Pursuant to Local Rule 37(E), I certify that counsel for the parties conferred by video on August 1, 2025 and attempted in good faith to resolve or narrow the issues presented by this motion, but were unable to come to agreement.

*/s/ Michael J. Schrier*
